OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 8, 2024

Meghan Byrnes, Esq.
Abraham Ituah

RE: Abraham Ituah v. City of Philadelphia, et al
Case Number: 23-3140
District Court Case Number: 2-19-cv-05088

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Wednesday, May 29, 2024.** This means your presence will not be required.

PSD/KY

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Khadija Younger*

Khadija Younger
Calendar Clerk
267-299-4914

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **JORDAN, PHIPPS, and NYGAARD**, **Circuit Judges**