Coram: JORDAN, PHIPPS, and NYGAARD, Circuit Judges

S U B M I T T E D

No.23-3140
Pursuant to 3rd Cir. LAR 34.1(a)

ABRAHAM ITUAH,
Appellant
v.
CITY OF PHILADELPHIA,
et al.